AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Marq Vincent PEREZ | ) | Case No. | 6:17mj31 |
| | ) | | |
| *Defendant(s)* | ) | | |

*[FILED stamp: United States Courts, Southern District of Texas, FILED MAR 04 2017, David J. Bradley, Clerk of Court]*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 15, 2017__ in the county of __Victoria__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 26 U.S.C. Section 5861(d) | Marq Vincent PEREZ did knowingly possess an unregistered destructive device; to wit, an incendiary device that is required to be registered in the NFRTR and was not so registered. |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

David R. Taylor, ATF Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to,
Signature attested telephonically per
Fed.R.Crim.P.4.1 and probable cause found:
Date:   03/04/2017
            At 11:30 am

*Judge's signature*

City and state:       Corpus Christi, TX        B. Janice Ellington, U.S. Magistrate Judge
*Printed name and title*