United States District Court
Southern District of Texas
**ENTERED**
March 09, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE NO. 6:17-MJ-00031-1 |
| | § | |
| MARQ VINCENT PEREZ | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the Defendant pending trial in this case:

(1) There are no conditions or combination of conditions that will ensure the safety of the community; and

(2) There is a serious risk that the Defendant will fail to appear for future court proceedings.

The evidence against the Defendant is substantial, and the testimony of ATF Agent Miller was unrefuted; therefore the court finds the testimony credible. The court also heard from the Defendant's father, who was willing to take the Defendant into his home and serve as a third party custodian and/or co-surety. The findings and conclusions contained in Paragraphs One through Six of the Pretrial Services Report are adopted as the court's own. Even though the Defendant has no criminal history, the testimony of his involvement in a hate crime presently being investigated, the retaliatory nature of the facts surrounding his possession and use of an unregistered destructive device in the instant case, and his possession of loaded firearms out in the open in his home with an

infant and a toddler living at the same home, demonstrate that he represents a serious danger to the community, and that witnesses against him may be in danger if he is released. The Defendant further represents a serious risk of flight based on the nature and potential penalties he is facing in the instant offense and other offenses under investigation. He is a poor bond risk.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 9th day of March, 2017.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE