UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAR 23 2017

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | |
| | § | Criminal No. |
| | § | |
| MARQ VINCENT PEREZ | § | |

**17 CR 0165**

<u>INDICTMENT</u>

THE GRAND JURY CHARGES:

<u>Count One</u>
**(Possession of Unregistered Destructive Device)**

On or about January 15, 2017, in the Southern District of Texas and within the jurisdiction of the Court, the Defendant,

**MARQ VINCENT PEREZ**

knowingly received and possessed an unregistered firearm, to wit a destructive device, not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845, 5861(d), and 5871.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

SHARAD S. KHANDELWAL
EUN KATE SUH
Assistant United States Attorneys