**Certificate of Authenticity of Domestic Records of Regularly Conducted Activity**

I, _Megan E. Partlow_, certify:

1. I am employed by Facebook, Inc. ("Facebook"), headquartered in Menlo Park, California. I am a duly authorized custodian of records for Facebook and am qualified to certify Facebook's domestic records of regularly conducted activity.

2. I have reviewed the records produced by Facebook in this matter in response to the Search Warrant received on March 13, 2017. The records include search results for basic subscriber information, IP logs, messages, photos, videos, other content and records for val.cavazos.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Facebook in the course of regularly conducted activity as a regular practice of Facebook. The records were saved in electronic format after searching Facebook's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Facebook user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

_____    Date: July 11th, 2017
Custodian of Records

**facebook**

Address: 1 Hacker Way
Menlo Park, CA 94025
6:17cr35-046916