Business Records Affidavit by Custodian of Records

## GoFundMe, Inc.

(hereafter referred to as the "Company")

I, __Rita Amine__ (please print or type name), state the following under penalty of perjury in relation to the subpoena issued by the Grand Jury in the Southern District of Texas and issued to GoFundMe, Inc.

(1) I acknowledge that I am personally responsible for complying with the subpoena.

(2) I have read the subpoena and understand what is requires.

(3) I have made, or personas under my direct supervision have made, a full and complete search for all documents responsive to the subpoena. I understand that the company is required to make a full and complete search for all responsive documents that are in its possession, custody, or control, irrespective of where those documents are now located or who currently possesses them. I understand, for example, that if responsive documents have been provided to an outside accountant or attorney, or employee, or for some other reason are not on the Company's premises (but are within its legal ability to obtain), the Company would nonetheless be obligated to obtain those documents and produce them to the Grand Jury. In addition, I understand that the Company is required to produce responsive documents and records that are in its possession, custody, or control, irrespective of who generated the document or record, or whether they are printed on Company letterhead.

CONFIDENTIAL                                                                 6:17cr35-038621    1316

(4) On the date set forth below, I sent all documents responsive to the subpoena that were in the Company's possession, custody, or control to the investgative agent whose name appears on the subpoena.

(5) All of the documents I furnished were authentic records maintained by the Company or maintained under the Company's ultimate control, direction, or or supervision.

(6) With the exceptions noted below, the documents I furnished were business records created by the company or Company employees or business associates, or were business records received and kept by the Company or Company employees or associates in the ordinary course of the Company's business affairs. That is, the records I furnished were made at or near the time of the events recorded therein; were made on the basis of personal knowledge of the events recorded; were made or received, and kept, as part of a regular business practice. Exceptions, if any, are the documents identified as follows:

Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 8, 2017

By: Rita Amine    Title/Position: Trust & Safety Specialist

Mailing Address: 855 Jefferson Ave, PO Box 1329
Redwood City, CA 94063

Telephone Number(s): 619-786-2975

Signature: Rita Amine

CONFIDENTIAL

6:17cr35-038622   1317