UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

United States Courts
Southern District of Texas
FILED
JUL 13 2018
David J. Bradley
Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. 6:17-35-S1 |
| | § | |
| MARQ VINCENT PEREZ | § | |

## EXHIBIT AND WITNESS LIST

| Gov't Ex. No. | Def Ex. No. | Date Offered | Marked | Admitted | Description and Witness |
|---|---|---|---|---|---|
| | | | | | **Graphics, Maps & Diagrams** |
| 1 | | 7-9-2018 | Y | Y | Overall Timeline |
| 2 | | 7-9-2018 | Y | Y | Timeline: Attempted Car Bombing (Dec 13-Jan 19) |
| 3 | | 7-9-2018 | Y | Y | Timeline: First Burglary of the Mosque (Jan 20-24) |
| 4 | | 7-9-2018 | Y | Y | Timeline: Arson of the Mosque (Jan 25-28) |
| 5 | | 7-13-2018 | Y | Y | Timeline: Aftermath (Jan 29 - Mar 3) |
| 6 | | 7-9-2018 | Y | Y | Map of Victoria (indicating 109 Cloverbloom, Mosque and Defendant's Home) |
| 7 | | 7-9-2018 | Y | Y | Map: Attempted Car Bombing (109 Cloverbloom) |
| 8 | | 7-9-2018 | Y | Y | Graphic - The Mosque |
| 9 | | 7-9-2018 | Y | Y | Graphic - View from Women's Prayer Room |
| 10 | | 7-9-2018 | Y | Y | Map: Proximity of Defendant's Home to the Mosque |
| 11 | | 7-9-2018 | Y | Y | Map: Defendant's Photos of the Mosque on Fire |

| Gov't Ex. No. | Def Ex. No. | Date Offered | Marked | Admitted | Description and Witness |
|---|---|---|---|---|---|
| 12 | | 7-10-2018 | Y | Y | Photo #1 Taken on Defendant's Phone and Comparison |
| 13 | | 7-10-2018 | Y | Y | Photo #2 Taken on Defendant's Phone and Comparison |
| 14 | | 7-10-2018 | Y | Y | Photo #3 Taken on Defendant's Phone and Comparison |
| 15 | | 7-10-2018 | Y | Y | Photo #4 Taken on Defendant's Phone and Comparison |
| 16 | | 7-10-2018 | Y | Y | Graphic - Search Warrant of Defendant's Home |
| 17 | | 7-10-2018 | Y | Y | Graphic - Search Warrant of Defendant's Attic |
| **Attempted Car Bombing** | | | | | |
| 20 | | 7-10-2018 | Y | Y | Item - improvised bomb found on scene at 109 Cloverbloom |
| 21a | | 7-10-2018 | Y | Y | Item - pieces of black electrical tape and gold colored glossy label from improvised bomb (ATF No. 56/Government Ex. 20) |
| 21b | | 7-10-2018 | Y | Y | Item - two small pieces of black electrical tape and green cord type pieces from improvised bomb (ATF No. 57/Government Ex. 20) |
| 22 | | 7-10-2018 | Y | Y | Item - shotgun shell found on scene at 109 Cloverbloom |
| 23 | | 7-10-2018 | Y | Y | Video - from 109 Cloverbloom of attempted car bombing |
| 24 | | 7-10-2018 | Y | Y | Photo - front windshield of car |
| 25 | | 7-10-2018 | Y | Y | Photo - close up of windshield damage |
| 26 | | 7-10-2018 | Y | Y | Photo - improvised bomb (intact) behind car |
| 27 | | 7-10-2018 | Y | Y | Photo - car and shotgun shell |
| 28 | | 7-10-2018 | Y | Y | Photo - close up of shotgun shell |

| Gov't Ex. No. | Def Ex. No. | Date Offered | Marked | Admitted | Description and Witness |
|---|---|---|---|---|---|
| | | | | | **Victoria Mosque (Before)** |
| 30 | | 7-9-2018 | Y | Y | Photo - mosque office area |
| 31 | | 7-9-2018 | Y | Y | Photo - inside of mosque showing prayer clock |
| 32 | | 7-9-2018 | Y | Y | Photo - inside of mosque from kitchen to main hall |
| 33 | | 7-9-2018 | Y | Y | Photo - from women's prayer room with foosball table and bookcase with Qurans |
| 34 | | 7-9-2018 | Y | Y | Photo - women's prayer room showing wooden tables and green mat |
| 35 | | 7-9-2018 | Y | Y | Photo - women's prayer room glass doors |
| 36 | | 7-9-2018 | Y | Y | Photo - front view of mosque before fire |
| | | | | | **Victoria Mosque (First Burglary)** |
| 40 | | 7-9-2018 | Y | Y | Photo - showing back doors of mosque pried open |
| 41 | | 7-9-2018 | Y | Y | Photo - showing burglarized office in mosque area |
| 42 | | 7-11-2018 | Y | Y | Photo - showing replaced smart meter |
| | | | | | **Victoria Mosque (Second Burglary & Arson)** |
| 50 | | 7-9-2018 | Y | Y | Video - mosque on fire |
| 51 | | 7-10-2018 | Y | Y | Photo - firefighters in front of mosque with water spraying down, fire raging |
| 52 | | 7-10-2018 | Y | Y | Photo - facing front door with water spraying down, fire raging |
| 53 | | 7-10-2018 | Y | Y | Photo - front dome collapsing, fire raging |
| 54 | | 7-10-2018 | Y | Y | Photo - front of mosque after fire |

| Gov't Ex. No. | Def Ex. No. | Date Offered | Marked | Admitted | Description and Witness |
|---|---|---|---|---|---|
| 55 | | 7-10-2018 | Y | Y | Photo - corner of building where exterior electrical meter was, immediately after fire |
| 56 | | 7-10-2018 | Y | Y | Photo - close up of exterior electrical meter, immediately after fire 1 |
| 57 | | 7-10-2018 | Y | Y | Photo - close up of exterior electrical meter, immediately after fire 2 |
| 58 | | 7-10-2018 | Y | Y | Photo - back door frame of mosque with door gone |
| 59 | | 7-10-2018 | Y | Y | Photo - from ladder looking down at top of mosque |
| 60 | | 7-10-2018 | Y | Y | Photo - morning after, front view |
| 61 | | 7-10-2018 | Y | Y | Photo - morning after, corner where exterior electrical meter is located |
| 62 | | 7-10-2018 | Y | Y | Photo - morning after, close up of exterior electrical meter |
| 63 | | 7-10-2018 | Y | Y | Photo - morning after, back of mosque with water spraying |
| 64 | | 7-9-2018 | Y | Y | Photo - morning after, from ladder overlooking mosque |
| 65 | | 7-10-2018 | Y | Y | Photo - morning after, from ladder overlooking main hall, office, women's prayer room |
| 66 | | 7-10-2018 | Y | Y | Photo - morning after, close up of exterior electrical meter |
| 67 | | 7-10-2018 | Y | Y | Photo - close up of missing smart meter |
| 68 | | 7-10-2018 | Y | Y | Photo - close up of exterior electrical meter base, top view |
| 69 | | 7-10-2018 | Y | Y | Photo - close up of exterior electrical meter base, bottom view |
| 70 | | 7-10-2018 | Y | Y | Photo - aerial view of mosque after arson from drone |

| Gov't Ex. No. | Def Ex. No. | Date Offered | Marked | Admitted | Description and Witness |
|---|---|---|---|---|---|
| 71 | | 7-10-2018 | Y | Y | Photo - aerial view of mosque after arson from drone 2 |
| 72 | | 7-9-2018 | Y | Y | Item - burnt Quran |
| 73 | | 7-9-2018 | Y | Y | Item - burnt book stand for Quran |
| 74 | | 7-9-2018 | Y | Y | Item - paperback Quran |
| | | | | | **Search Warrant of Defendant's Home** |
| 80 | | 7-10-18 | Y | Y | Item - pistol grip shotgun (back room) |
| 81 | | 7-10-18 | Y | Y | Item - silver Lenovo laptop stolen from mosque (back room) |
| 82 | | 7-10-18 | Y | Y | Pawn Slip for 9mm Firearm (back room) |
| 83 | | 7-10-18 | Y | Y | Item - gold Sony VAIO laptop stolen from mosque (attic) |
| 84 | | 7-10-2018 | Y | Y | Item - two boxes of Xtreme fireworks (attic) |
| 85 | | | | | [Blank] |
| 86 | | 7-10-2018 | Y | Y | Defendant's phone (Samsung Galaxy S5, SM-G900P, including SD Card) |
| 87 | | 7-10-18 | Y | Y | Photo - pistol grip shotgun |
| 88 | | 7-10-2018 | Y | Y | Photo - silver Lenovo laptop and Federal shotgun ammo |
| 89 | | 7-10-2018 | Y | Y | Photo - bulletproof jacket in closet with ammo |
| 90 | | 7-10-2018 | Y | Y | Photo - close up of ammo in closet |
| 91 | | 7-10-18 | Y | Y | Photo - Eksen Arms shotgun in living room |

| Gov't Ex. No. | Def Ex. No. | Date Offered | Marked | Admitted | Description and Witness |
|---|---|---|---|---|---|
| 92 | | 7-10-18 | Y | Y | Photo - close up of Federal shotgun ammo |
| 93 | | 7-10-18 | Y | Y | Photo - garage with ladder to attic |
| 94 | | 7-10-18 | Y | Y | Photo - ladder leads to attic |
| 95 | | 7-10-18 | Y | Y | Photo - bag of fireworks |
| 96 | | 7-10-18 | Y | Y | Photo - Xtreme fireworks box on ground |
| 97 | | 7-10-18 | Y | Y | Photo - gold VAIO laptop under insulation in attic |
| 98 | | 7-10-18 | Y | Y | Photo - Xtreme fireworks box standing |
| 99 | | 7-10-18 | Y | Y | Photo - Defendant's home |
| **Various Documents / Records** | | | | | |
| 101 | | 7-11-2018 | Y | Y | AEP Record Showing Smart Meter "Lost" Signal for burglary at 1:50 a.m. |
| 102 | | 7-11-2018 | Y | Y | AEP Record Showing Smart Meter "Lost" Signal for arson at 1:15 a.m. |
| 103 | | 7-11-2018 | Y | Y | GoFundMe Records |
| 103A | | 7-11-2018 | Y | Y | Zoom in of GoFundMe Main Page |
| 104 | | 7-10-2018 | Y | Y | Military Records of Defendant - Redacted |
| 105 | | 7-10-2018 | Y | Y | Photo - mosque rebuild |
| **Defendant's Facebook Postings & Messages** | | | | | |
| 110 | | 7-10-2018 | Y | Y | Defendant's Facebook Search Warrant Returns - Selected Excerpts (listed below) & Bus Record Aff |

| Gov't Ex. No. | Def Ex. No. | Date Offered | Marked | Admitted | Description and Witness |
|---|---|---|---|---|---|
| 111 | | 7-10-2018 | Y | Y | Defendant's 12/13/16 Facebook Post re Three Percenters |
| 111A | | 7-10-2018 | Y | Y | Defendant's 12/13/16 Facebook Post re Three Percenters - Context |
| 112 | | 7-10-2018 | Y | Y | Defendant's 12/13/16 Facebook Message to JF re Rogue Units |
| 113 | | 7-10-2018 | Y | Y | Defendant's 12/13/16 Facebook Message to JU re Delta Team Leader |
| 114 | | 7-10-2018 | Y | Y | Defendant's 12/23/16 Facebook Post re What's Coming |
| 114A | | 7-10-2018 | Y | Y | Defendant's 12/23/16 Facebook Post re What's Coming - Context |
| 115 | | 7-10-2018 | Y | Y | Defendant's 12/23/16 Facebook Post re Step 1 |
| 115A | | 7-10-2018 | Y | Y | Defendant's 12/23/16 Facebook Post re Step 1 - Context |
| 116 | | 7-10-2018 | Y | Y | Defendant's 1/4/17 Facebook Post re Armed Civilians |
| 116A | | 7-10-2018 | Y | Y | Defendant's 1/4/17 Facebook Post re Armed Civilians - Context |
| 117 | | 7-10-2018 | Y | Y | Defendant's 1/9/17 Facebook Post re Towelheads |
| 117A | | 7-10-2018 | Y | Y | Defendant's 1/9/17 Facebook Post re Towelheads - Context |
| 118 | | 7-10-2018 | Y | Y | Defendant's 1/19/17 Facebook Post re Local Response Squad |
| 118A | | 7-10-2018 | Y | Y | Defendant's 1/19/17 Facebook Post re Local Response Squad - No Context |
| 119 | | 7-10-2018 | Y | Y | Defendant's 1/20/17 Facebook Posts (with Cavazos) re Surveillance of Victoria Islamic Center (based on screenshot given to law enforcement) |
| 119A | | 7-10-2018 | Y | Y | Cavazos' Facebook Search Warrant Return - Selected Excerpts & Bus Record Aff |

| Gov't Ex. No. | Def Ex. No. | Date Offered | Marked | Admitted | Description and Witness |
|---|---|---|---|---|---|
| 120 | | 7-12-18 | Y | Y | Defendant's 1/21/17 Facebook Message to KR re Strip Down Gun |
| 121 | | 7-12-2018 | Y | Y | Defendant's 1/21/17 Facebook Message to KR re Gonna Look at the Center |
| 122 | | 7-12-2018 | Y | Y | Defendant's 1/22/17 Facebook Message to KR re Selling Phones I (making a G) |
| 123 | | 7-12-2018 | Y | Y | Defendant's 1/23/17 Facebook Message to KR re Selling Phones II (counting phones) |
| 124 | | 7-12-2018 | Y | Y | Defendant's 1/24/17 Facebook Message to KR re Selling Phones III (next lick) |
| 125 | | 7-12-2018 | Y | Y | Defendant's 1/25/17 Facebook Post re Muzzy |
| 126 | | 7-12-2018 | Y | Y | Defendant's 1/25/17 Facebook Message to KR re Selling Phones IV (put em back on the market) |
| 127 | | 7-12-2018 | Y | Y | Defendant's 1/26/17 Facebook Message to KR re Getting Gear and Training |
| 128 | | 7-12-2018 | Y | Y | Defendant's 1/26/17 Facebook Message to KR re Selling Phones V (trading for shoes) |
| 129 | | 7-12-2018 | Y | Y | Defendant's 1/27/18 Facebook Message to KR re Scopin out a job |
| 130 | | 7-12-2018 | Y | Y | Defendant's 1/28/17 Facebook Message to KR re Preparing to go to Mosque |
| 131 | | 7-12-2018 | Y | Y | Defendant's 1/28/17 Facebook Message to KR re Selling Phones VI (you see the news) |
| 132 | | 7-10-2018 | Y | Y | Defendant's 1/28/17 Facebook Message to Val Cavazos re Victoria Arson |
| 133 | | 7-12-2018 | Y | Y | Defendant's 1/28/17 Facebook Message to CR (being used by KR) re Selling Phones VII (Crossroads Suites) |
| 134 | | 7-12-2018 | Y | Y | Defendant's 1/28/17-1/29/17 Facebook Message to KR re Selling Phones VIII (ride to mall) |
| 135 | | 7-12-2018 | Y | Y | Defendant's 1/29/17 Facebook Message to KR re Selling Phones IX ($350 waiting) |

| Gov't Ex. No. | Def Ex. No. | Date Offered | Marked | Admitted | Description and Witness |
|---|---|---|---|---|---|
| 136 | | 7-12-2018 | Y | Y | Defendant's 1/30/17 Facebook Message to KR re Grandma found phones and selling phones for belt |
| 137 | | 7-12-2018 | Y | Y | Defendant's 1/31/17-2/1/17 Facebook Message to KR re Cops have the phones |
| 138 | | 7-12-2018 | Y | Y | Defendant's 2/4/17 Facebook Message to KR re how would you know that we're suspects |
| 139 | | 7-12-2018 | Y | Y | Defendant's 2/5/17 Facebook Message to KR re what kinda cop will believe that |
| 140 | | 7-12-2018 | Y | Y | Defendant's 2/6/17 Facebook Post re Muslim Immigrants |
| 141 | | 7-12-2018 | Y | Y | Defendant's 2/14/17 Facebook Message to CR re Selling Phones X (Galaxy Tab A) |
| 142 | | 7-12-2018 | Y | Y | Defendant's 2/19/17 Facebook Message to KR re Your in th4 clear |
| 143 | | 7-12-2018 | Y | Y | Defendant's 2/20/17 Facebook Message to KR re You look like a wannabe rapist |
| 144 | | 7-12-2018 | Y | Y | Defendant's 2/20/17 Facebook Message to KR re others admitting |
| 145 | | 7-10-2018 | Y | Y | Defendant's 2/21/17 Facebook Post re Goatfuckers |
| 145A | | 7-10-2018 | Y | Y | Defendant's 2/21/17 Facebook Post re Goatfuckers - Context |
| | | | | | **Experts** |
| | | | | | *Certified Fire Investigator* |
| 161 | | 7-11-2018 | Y | Y | Graphics - visual aids explaining combustion, elements needed for fires, etc. |
| 162 | | 7-11-2018 | Y | Y | Video - visual aid explaining concepts of fire science |
| 163 | | | | | [Blank] |
| 164 | | 7-11-2018 | Y | Y | Photo 2 of Evers's Presentation |

| Gov't Ex. No. | Def Ex. No. | Date Offered | Marked | Admitted | Description and Witness |
|---|---|---|---|---|---|
| 165 | | 7-11-2018 | Y | Y | Photo 3 of Evers's Presentation |
| 166 | | 7-11-2018 | Y | Y | Photo 4 of Evers's Presentation |
| 167 | | 7-11-2018 | Y | Y | Photo 5 of Evers's Presentation |
| 168 | | 7-11-2018 | Y | Y | Photo 6 of Evers's Presentation |
| 169 | | 7-11-2018 | Y | Y | Photo 7 of Evers's Presentation |
| 170 | | 7-11-2018 | Y | Y | Photo 8 of Evers's Presentation |
| 171 | | 7-11-2018 | Y | Y | Photo 9 of Evers's Presentation |
| 172 | | 7-11-2018 | Y | Y | Photo 10 of Evers's Presentation |
| 173 | | 7-11-2018 | Y | Y | Photo 11 of Evers's Presentation |
| 174 | | 7-11-2018 | Y | Y | Photo 12 of Evers's Presentation |
| 175 | | 7-11-2018 | Y | Y | Photo 13 of Evers's Presentation |
| 176 | | 7-11-2018 | Y | Y | Photo 14 of Evers's Presentation |
| 177 | | 7-11-2018 | Y | Y | Photo 15 of Evers's Presentation |
| 178 | | 7-11-2018 | Y | Y | Photo 16 of Evers's Presentation |
| 179 | | 7-11-2018 | Y | Y | Photo 17 of Evers's Presentation |
| 180 | | 7-11-2018 | Y | Y | Photo 18 of Evers's Presentation |

| Gov't Ex. No. | Def Ex. No. | Date Offered | Marked | Admitted | Description and Witness |
|---|---|---|---|---|---|
| 181 | | 7-11-2018 | Y | Y | Photo 19 of Evers's Presentation |
| 182 | | | Y | Y | Photo 20 of Evers's Presentation |
| 183 | | | Y | Y | Photo 21 of Evers's Presentation |
| 184 | | | Y | Y | Photo 22 of Evers's Presentation |
| 185 | | | Y | Y | Photo 23 of Evers's Presentation |
| 186 | | | Y | Y | Photo 24 of Evers's Presentation |
| 187 | | | Y | Y | Photo 25 of Evers's Presentation |
| 188 | | | Y | Y | Photo 26 of Evers's Presentation |
| 189 | | | Y | Y | Photo 27 of Evers's Presentation |
| 190 | | | | | [Blank] |
| 191 | | | Y | Y | Photo 29 of Evers's Presentation |
| 192 | | | Y | Y | Photo 30 of Evers's Presentation |
| 193 | | | Y | Y | Photo 31 of Evers's Presentation |
| 194 | | | Y | Y | Photo 32 of Evers's Presentation |
| 195 | | | Y | Y | Photo 33 of Evers's Presentation |
| 196 | | 7-11-2018 | Y | Y | Photo 34 of Evers's Presentation |

| Gov't Ex. No. | Def Ex. No. | Date Offered | Marked | Admitted | Description and Witness |
|---|---|---|---|---|---|
| 197 | | 7-11-2018 | Y | Y | Photo 35 of Evers's Presentation |
| 198 | | 7-11-2018 | Y | Y | Photo 36 of Evers's Presentation |
| 199 | | 7-11-2018 | Y | Y | Photo 37 of Evers's Presentation |
| 200 | | 7-11-2018 | Y | Y | Photo 38 of Evers's Presentation |
| 201 | | 7-11-2018 | Y | Y | Photo 39 of Evers's Presentation |
| 202 | | 7-9-2018 | Y | Y | Photo 40 of Evers's Presentation |
| 203 | | 7-11-2018 | Y | Y | Photo 41 of Evers's Presentation |
| 204 | | 7-11-2018 | Y | Y | Photo 42 of Evers's Presentation |
| 205 | | 7-11-2018 | Y | Y | Photo 43 of Evers's Presentation |
| 210 | | 7-10-2018 | Y | Y | 3D View - Mosque Inside |
| 211 | | 7-10-2018 | Y | Y | 3D View - Mosque Outside |
| | | | | | *Digital Investigative Analyst* |
| 232 | | 7-10-2018 | Y | Y | Photo from SD Card of serial number from pistol grip shotgun from 2.28.17 at 11:59 pm<br>Hash No. 66366ceb6be86802f97ffc9d28fa4025 |
| 233 | | 7-10-2018 | Y | Y | Photo from SD Card of pistol grip shotgun and pistol on bed from 12.30.17 at 8:09 am<br>Hash No. c1688a5b5fd3980801df22e1a10b1832 |
| 234 | | 7-10-2018 | Y | Y | Photo from SD card of pistol in hand from 12.30.17 at 8:10 am<br>Hash No. 8eaaa1250f0de4fab008a52f776c8ce5 |
| 235 | | 7-10-2018 | Y | Y | Photo from SD card of mosque on fire from 1.28.2017 at 2:30:48 am<br>Hash No. e9b3bc0ed74b6f901d96e7fca18ae794 |

| Gov't Ex. No. | Def Ex. No. | Date Offered | Marked | Admitted | Description and Witness |
|---|---|---|---|---|---|
| 236 | | 7-10-2018 | Y | Y | Photo of 201 E. Crestwood looking South |
| 237 | | 7-10-2018 | Y | Y | Photo from SD card of N. Main Street near Wisteria from 1.28.2017 at 2:31:45 am<br>Hash No. 71eb8a4e1b5c39b79b1d6d5d27646f32 |
| 238 | | 7-10-2018 | Y | Y | Photo of N. Main Street near Wisteria looking South |
| 239 | | 7-10-2018 | Y | Y | Photo from SD card of N. Main Street near Magnolia from 1.28.2017 at 2:31:56 a.m.<br>Hash No. 395e4f9799f60462b475deb3149a1f17 |
| 240 | | 7-10-2018 | Y | Y | Photo of N. Main Street near Magnolia looking South |
| 241 | | 7-10-2018 | Y | Y | Photo from SD card of mosque on fire from 1.28.2017 at 2:32:48 am<br>Hash No. 1c6d12a289eff95ddbff7efe19de093e |
| 242 | | 7-10-2018 | Y | Y | Photo of N. Main Street near Roseland Avenue looking SE |
| 243 | | 7-10-2018 | Y | Y | Screenshots from Phone Hash No. 2709230658ca6a8e94cf8f5ae0d32f1 and 337fd5ed3c85e482c12e84c8c4b1cf5a |
| 244 | | 7-10-2018 | Y | Y | Chrome Google Keyword URLs |
| 245 | | 7-10-2018 | Y | Y | Chrome Google Keyword Search Terms:<br>"man caught burning down mosques" - 2.20.2017; 2.26.2017;<br>"i don't remember my passcode to my lenovo laptop" 2.12.2017 - 2.13.2017;<br>Chrome Web History: "how to restart macbook pro to factory settings" - 2.12.2017; |
| 246 | | 7-10-2018 | Y | Y | Text Messages with Christopher Hirsch on 12.29.2017 |
| 247 | | 7-10-2018 | Y | Y | Text Messages with Kristopher Thompson on 1.28.2017 |
| 248 | | 7-10-2018 | Y | Y | Screenshot from Defendant's phone from 12.3.2016<br>Hash No. 1386af77520270b3d74871144066ab66 |
| | | | | | *Toolmark Examiner* |
| 250 | | 7-11-2018 | Y | Y | Graphic - explanatory diagram of pump action shotgun |

| Gov't Ex. No. | Def Ex. No. | Date Offered | Marked | Admitted | Description and Witness |
|---|---|---|---|---|---|
| 251 | | 7-11-2018 | Y | Y | Graphic - explanatory diagram of shotshell components |
| 252 | | 7-11-2018 | Y | Y | Photo 1 of Jacobson's Examination |
| 253 | | 7-11-2018 | Y | Y | Photo 2 of Jacobson's Examination |
| | | | | | **Defendant's Interview** |
| 300 | | 7-12-18 | Y | Y | Defendant's videotaped statement (with transcript merged) |
| 301 | | 7-12-18 | Y | Y | Defendant's Advice of Rights (written) |
| 302 | | 7-12-18 | Y | Y | Clip 3:1-4:23 (Miranda Waiver) |
| 303 | | 7-12-18 | Y | Y | Clip 14:12 - 14:19 (Motive for Attempted Car Bombing) |
| 304 | | 7-12-18 | Y | Y | Clip 18:35 - 20:21 (Claim that Pistol grip Shotgun purchased after Attempted Car Bombing) |
| 305 | | 7-12-18 | Y | Y | Clip 28:1 - 29:9 (Didn't report stolen fireworks, Story about laptop in backyard doesn't make sense) |
| 306 | | 7-12-18 | Y | Y | Clip 31:5 - 31:22 (laptop found three weeks ago and heat sealed) |
| 307 | | 7-12-18 | Y | Y | Clip 33:11 - 38:9 (Found the second laptop; didn't call police re the laptops he found) |
| 308 | | 7-12-18 | Y | Y | Clip 73:7 - 76:29 (Didn't call police re laptops because thought he'd be a suspect) |
| 309 | | 7-12-18 | Y | Y | Clip 94:37 - 96:24 (Doesn't like Muslims) |
| 310 | | 7-12-18 | Y | Y | Clip 97:24 - 99:26 (D's Facebook account - Muslims planning armed takeover) |
| | | | | | **Stipulations** |
| 330 | | 7-12-18 | Y | Y | Stipulations |

| Gov't Ex. No. | Def Ex. No. | Date Offered | Marked | Admitted | Description and Witness |
|---|---|---|---|---|---|
|  |  |  |  |  |  |