IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

United States Courts
Southern District of Texas
FILED

JUL 16 2018

David J. Bradley
Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| | § | CASE NO.   CR. V-17-35-S |
| VS. | § | |
| | § | |
| | § | |
| MARQ VINCENT PEREZ | § | |

RECEIPT FOR WITHDRAWAL OF EXHIBITS

| __ Hearing  x  Trial __ Plaintiff  ✓ Government  __ Defendant | |
| --- | --- |
| Exhibit # | Brief Description of Exhibit |
| ✓ 20 | improvised bomb from Cloverbloom |
| ✓ 21a | pieces of electrical tape (ATF No. 56) |
| ✓ 21b | 2 small pieces of tape & green cord (ATF No. 57) |
| ✓ 22 | shotgun shell from Cloverbloom |
| ✓ 72 | burnt Quran |
| ✓ 73 | burnt bookstand for Quran |
| ✓ 74 | paperback Quran |
| ✓ 80 | pistol grip shotgun |
| ✓ 81 | silver Lenovo laptop |
| ✓ 82 | pawn clip for 9mm firearm |

Received by:  Kate Suh
             (Print Name)

Attorney for:  Government
              (Plaintiff/Defendant/Other Party)

7.16.2018                    Kate Suh
(Date)                       (Signature)

(Form Revised: 11/9/06)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

United States Courts
Southern District of Texas
FILED

JUL 16 2018

David J. Bradley
Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| | § | CASE NO. CR. V-17-35-S |
| VS. | § | |
| | § | |
| | § | |
| MARQ VINCENT PEREZ | § | |

RECEIPT FOR WITHDRAWAL OF EXHIBITS

| __ Hearing _x_ Trial __ Plaintiff _✓_ Government __ Defendant | |
| --- | --- |
| Exhibit # | Brief Description of Exhibit |
| ✓ 83 | gold Sony VAIO laptop & cord |
| ✓ 84 | two boxes of Xtreme fireworks |
| ✓ 86 | Samsung Galaxy S5, SM-G9DOP & SD card |
| ✓ 84A | one gold firework from Ex. 84 |
| ✓ 300 | Defendant's video statement & transcript |
| ✓ 302 | Clip - Miranda waiver |
| ✓ 303 | Clip - Motive for Car Bombing |
| ✓ 304 | Clip - purchase date of pistol grip shotgun |
| ✓ 305 | Clip - laptop in backyard & fireworks |
| ✓ 306 | Clip - laptop in heat sealed bag |

Received by: Kate Suh
(Print Name)

Attorney for: Government
(Plaintiff/Defendant/Other Party)

7·16·2018
(Date)

Kate Suh
(Signature)

(Form Revised: 11/9/06)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

United States Courts
Southern District of Texas
FILED

JUL 16 2018

David J. Bradley
Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| | § | CASE NO.   CR. V-17-35-S |
| VS. | § | |
| | § | |
| | § | |
| MARQ VINCENT PEREZ | § | |

RECEIPT FOR WITHDRAWAL OF EXHIBITS

| __ Hearing  x  Trial<br>__ Plaintiff  ✓ Government  __ Defendant | |
| --- | --- |
| Exhibit # | Brief Description of Exhibit |
| ✓ 307 | Clip - found 2nd laptop |
| ✓ 308 | Clip - did not call police |
| ✓ 309 | Clip - Muslims |
| ✓ 310 | Clip - Armed Takeover |
| | |
| | |
| | |
| | |
| | |
| | |

Received by:   Kate Suh
(Print Name)

Attorney for:   Government
(Plaintiff/Defendant/Other Party)

7.16.2018                          KateSz
(Date)                              (Signature)

(Form Revised: 11/9/06)